942

No. 83–6306.  WOODBERRY ET AL. v. PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT.  C. A. 6th Cir.  Certiorari denied.

No. 83–6307.  YOUNG v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 83–6309.  MOORE v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 83–6310.  ROMERI v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 83–6314.  BROWN v. CALLAHAN, ASSOCIATE COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 83–6316.  DIXON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 83–6324.  THOMAS v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 83–6325.  WRIGHT v. COOKE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 83–6328.  NORTON v. UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 83–6329.  SCEIFERS v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 83–6335.  LOWE ET AL. v. CONTINENTAL INSURANCE CO. ET AL.  Sup. Ct. La.  Certiorari denied.

No. 83–6338.  FORT v. HENRY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–6349.  MCGLOCKLIN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–6351.  LEE v. WINSTON, SHERIFF, ET AL.  C. A. 4th Cir.  Certiorari denied.